```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       EL DORADO DIVISION
```

RANDALL AVERY                                              PLAINTIFF

v.                         Case No. 09-01010

INTERNATIONAL PAPER COMPANY
SICKNESS AND ACCIDENT PLAN                                 DEFENDANT

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order, filed contemporaneously herewith, Defendant's decision to deny benefits is AFFIRMED, and Plaintiff's Complaint (Doc. 1) is DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and fees.

**The parties have thirty days from the date of entry of Judgment within which to appeal.**

IT IS SO ORDERED this 21st day of June, 2011.

                                   /s/ Robert T. Dawson
                                   Honorable Robert T. Dawson
                                   United States District Judge